**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE: PETITION OF B.E.P. | : No. 16 EM 2020 |
| | : |
| | : Petition for Issuance of an Expedited |
| | : Subpoena |
| | : |
| | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW,** this 17th day of March, 2020, the Petition for Issuance of an Expedited Subpoena is **GRANTED**.